# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano ) | Case No. 18-20434-CMB |
|     Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
|     Movant, ) | Related to Doc. No. 19 |
| ) | |
| -vs- ) | Motion No. WO-1 |
| ) | |
| Eyewear Unique, ) | |
|     Respondent. ) | |

## CERTIFICATE OF SERVICE

    I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment filed on February 16, 2018,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on February 21, 2018:

    Eyewear Unique
    3804 US-30
    Latrobe, PA 15650

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: February 21, 2018      BY:   /s/ Richard W. Schimizzi
    Richard W. Schimizzi, Esquire
    Attorney for Debtors
    PA I.D. 32573

    Keystone Commons
    35 West Pittsburgh Street
    Greensburg, PA 15601
    Phone: (724) 838 – 9722
    Fax:   (724) 837 – 7868
    Email: rws@schimizzilaw.com