# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano ) | Case No. 18-20434-CMB |
|     Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| **Emily Jo Christofano,** ) | |
|     Movant, ) | Related to Doc. No. 24 and 26 |
| ) | |
| -vs- ) | Motion No. WO-1 |
| ) | |
| **Eyewear Unique,** ) | |
|     Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Motion to Vacate Wage Attachment filed on March 19, 2018** and the **Order of Court dated March 20, 2018** were served on the following party at the following address by U.S. First Class Mail sent on March 21, 2018:

    Eyewear Unique
    3804 US-30
    Latrobe, PA 15650

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: March 21, 2018        BY:   /s/ Richard W. Schimizzi
                                                Richard W. Schimizzi, Esquire
                                                Attorney for Debtors
                                                PA I.D. 32573

                                                Keystone Commons
                                                35 West Pittsburgh Street
                                                Greensburg, PA 15601
                                                Phone: (724) 838 – 9722
                                                Fax:   (724) 837 – 7868
                                                Email: rws@schimizzilaw.com