# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano ) | Case No. 18-20434-CMB |
|     Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
|     Movant, ) | Related to Doc. No. 27 |
| ) | |
| -vs- ) | Motion No. WO-2 |
| ) | |
| Eyewares, ) | |
|     Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment filed on March 20, 2018,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on March 21, 2018:

    Eyewares
    6207 US Route 30, Suite 1000
    Greensburg, PA 15601

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date:  March 21, 2018            BY:    /s/ Richard W. Schimizzi
                                                                                 Richard W. Schimizzi, Esquire
                                                                                 Attorney for Debtors
                                                                                  PA I.D. 32573

                                                                                 Keystone Commons
                                                                                 35 West Pittsburgh Street
                                                                                 Greensburg, PA 15601
                                                                                 Phone: (724) 838 – 9722
                                                                                 Fax:   (724) 837 – 7868
                                                                                 Email: rws@schimizzilaw.com