# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano ) | Case No. 18-20434-CMB |
| Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
| Movant, ) | Related to Doc. No.  24 |
| ) | |
| -vs- ) | Motion No. WO-1 |
| ) | |
| Eyewear Unique, ) | |
| Respondent. ) | |

## ORDER OF COURT

AND NOW, to wit, this __20th__ day of March, 2018, it is hereby ORDERED and DECREED that the Wage Attachment issued pursuant to the Order of Court entered on February 16, 2018 and naming as Respondent therein Eyewear Unique is terminated as Movant is not an employee of Eyewear Unique. Counsel for Movant shall serve the Motion to Vacate Wage Attachment and this Order of Court upon Respondent and file a certificate of service within five (5) days of the date of this Order of Court.

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge    **dms**

Dated: __March 20, 2018__

Attest:

_____

FILED
3/20/18 12:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony Robert Christofano, Jr.
Emily Jo Christofano
    Debtors

Case No. 18-20434-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Mar 20, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
db/jdb        +Anthony Robert Christofano, Jr.,    Emily Jo Christofano,   5026 Hawk View Lane,    Jeannette, PA 15644-4565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard W. Schimizzi    on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
        Richard W. Schimizzi    on behalf of Debtor Anthony Robert Christofano, Jr. rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                     TOTAL: 5