# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| **Anthony Robert Christofano, Jr. and** ) | |
| **Emily Jo Christofano** ) | **Case No. 18-20434-CMB** |
|     **Debtors,** ) | |
| ) | **Chapter 13** |
| _____ ) | |
| ) | **Document No.** |
| **Emily Jo Christofano,** ) | |
|     **Movant,** ) | **Related to Doc. No. 42** |
| ) | |
|     -vs- ) | **Motion No. WO-2** |
| ) | |
| **Daoud Eye Care,** ) | |
|     **Respondent.** ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Third Amended Wage Attachment filed on September 6, 2018,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on September 7, 2018:

    Daoud Eye Care
    9173 U.S. 30
    Irwin, PA 15647

    Respectfully submitted:

    SCHIMIZZI LAW, LLC

Date: September 7, 2018    BY:    /s/ Richard W. Schimizzi
    Richard W. Schimizzi, Esquire
    Attorney for Debtors
    PA I.D. 32573

    Keystone Commons
    35 West Pittsburgh Street
    Greensburg, PA 15601
    Phone: (724) 838 – 9722
    Fax:    (724) 837 – 7868
    Email: rws@schimizzilaw.com