# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano, ) | Case No. 18-20434-CMB |
| Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
| Movant, ) | Related to Doc. No. 48 |
| ) | |
| -vs- ) | Motion No. WO-2 |
| ) | |
| Daoud Eye Care, ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order of Court dated August 29, 2019** was served on the following party at the following address by U.S. First Class Mail sent on August 29, 2019:

>Daoud Eye Care
>9173 US. 30
>Irwin, Pa 15647

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: August 29, 2019          BY:   /s/ Richard W. Schimizzi
Richard W. Schimizzi, Esquire
Attorney for Debtors
PA I.D. 32573

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838 – 9722
Fax:    (724) 837 – 7868
Email: rws@schimizzilaw.com