**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| **Anthony Robert Christofano, Jr. and** | ) | |
| **Emily Jo Christofano,** | ) | **Case No.  18-20434-CMB** |
| **Debtors,** | ) | |
| | ) | **Chapter 13** |
| _____ | ) | |
| | ) | **Document No.** |
| **Emily Jo Christofano,** | ) | |
| **Movant,** | ) | **Related to Doc. No. 49** |
| | ) | |
| **-vs-** | ) | **Motion No.  WO-2** |
| | ) | |
| **Youngwood Eye Care,** | ) | |
| **Respondent.** | ) | |

**CERTIFICATE OF SERVICE**

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Third Amended Wage Attachment filed on August 29, 2019,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on August 29, 2019:

Youngwood Eye Care
Dr. Michel Pawlosky-Maiers, O.D.
310 North 3rd Street, Unit 1
Youngwood, PA 15697

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date:  August 29, 2019                    BY:    /s/ Richard W. Schimizzi
Richard W. Schimizzi, Esquire
Attorney for Debtors
PA I.D. 32573

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838 – 9722
Fax:    (724) 837 – 7868
Email: rws@schimizzilaw.com