IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Anthony Robert Christofano, Jr. and<br>Emily Jo Christofano,<br>    Debtors, | Case No. 18-20434-CMB<br><br>Chapter 13<br><br>Document No. |
| Emily Jo Christofano,<br>    Movant,<br><br>-vs-<br><br>Daoud Eye Care,<br>Respondent. | Related to Doc. No. 46<br><br>Motion No. WO-2 |

## ORDER OF COURT

AND NOW, to wit, this __29th__ day of __August__, 2019, it is hereby ORDERED and DECREED that the wage attachment issued pursuant to the Order of Court entered on September 6, 2018 directed at Daoud Eye Care is terminated as Movant is no longer an employee of Daoud Eye Care. Counsel for Movant shall serve a copy of this Order of Court upon Respondent and file a certificate of service within the next seven days.

FILED
8/29/19 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-20434-CMB
Anthony Robert Christofano, Jr.                                 Chapter 13
Emily Jo Christofano
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw             Page 1 of 1           Date Rcvd: Aug 29, 2019
                              Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db/jdb        +Anthony Robert Christofano, Jr.,    Emily Jo Christofano,    5026 Hawk View Lane,
               Jeannette, PA 15644-4565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
```
          James    Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard W. Schimizzi    on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Richard W. Schimizzi    on behalf of Debtor Anthony Robert Christofano, Jr. rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 7
```