IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Anthony Robert Christofano, Jr. and | ) | |
| Emily Jo Christofano, | ) | Case No. 18-20434-CMB |
|     Debtors, | ) | |
| | ) | Chapter 13 |
| _____ | ) | |
| | ) | Document No. |
| Emily Jo Christofano, | ) | |
|     Movant, | ) | Related to Doc. No.  47 |
| | ) | |
| -vs- | ) | Motion No. WO-2 |
| | ) | |
| Youngwood Eye Care, | ) | |
|     Respondent. | ) | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtors having filed a Chapter 13 petition, and Joint Debtor, Emily Jo Christofano, having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Joint Debtor receives income:

**Youngwood Eye Care**
**Dr. Michel Pawlosky-Maiers, O.D.**
**310 North 3rd Street, Unit 1**
**Youngwood, PA 15697**

Shall deduct from that income the sum of **$399.00 weekly**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA.
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Joint Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Joint Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Joint Debtor's full Social Security number on the above-named entity. Joint Debtor shall file a certificate of service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Joint Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, repayment of retirement loans, or union dues shall be paid to the Joint Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

BY THE COURT:

Dated: 8/29/2019

_Carlota M. Böhm_, dmk
United States Bankruptcy Judge

FILED
8/29/19 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 18-20434-CMB
Anthony Robert Christofano, Jr.                                    Chapter 13
Emily Jo Christofano
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dsaw                  Page 1 of 1                  Date Rcvd: Aug 29, 2019
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db/jdb        +Anthony Robert Christofano, Jr.,   Emily Jo Christofano,   5026 Hawk View Lane,
                Jeannette, PA 15644-4565
              +Youngwood Eye Care,   Dr. MichelPawlosky-Maiers, OD,   310 North 3rd Street, Unit 1,
                Youngwood, PA 15697-1614
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard W. Schimizzi    on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Richard W. Schimizzi    on behalf of Debtor Anthony Robert Christofano, Jr. rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```