# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano, ) | Case No. 18-20434-CMB |
|     Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
|     Movant, ) | Related to Doc. No. 56 |
| ) | |
| -vs- ) | Motion No. WO-2 |
| ) | |
| Youngwood Eye Care, ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order of Court dated October 29, 2019** was served on the following party at the following address by U.S. First Class Mail sent on October 29, 2019:

>Youngwood Eye Care
>310 North 3rd Street, Unit 1
>Youngwood, PA 15697

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: October 29, 2019         BY:    /s/ Richard W. Schimizzi
Richard W. Schimizzi, Esquire
Attorney for Debtors
PA I.D. 32573

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838 – 9722
Fax:    (724) 837 – 7868
Email: rws@schimizzilaw.com