## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| **Anthony Robert Christofano, Jr. and** | ) | |
| **Emily Jo Christofano,** | ) | **Case No.  18-20434-CMB** |
| **Debtors,** | ) | |
| | ) | **Chapter 13** |
| _____ | ) | |
| | ) | **Document No.** |
| **Emily Jo Christofano,** | ) | |
| **Movant,** | ) | **Related to Doc. No. 57** |
| | ) | |
| -vs- | ) | **Motion No.  WO-2** |
| | ) | |
| **Irwin Eye Care,** | ) | |
| **Respondent.** | ) | |

### AMENDED CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment filed on October 29, 2019,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on October 29, 2019:

> Irwin Eye Care
> Attn: Dr. Michelle Hanley
> 511 Main Street
> Irwin, PA 15642

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date:  October 30, 2019

BY:     /s/ Richard W. Schimizzi
Richard W. Schimizzi, Esquire
Attorney for Debtors
PA I.D. 32573

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838 – 9722
Fax:    (724) 837 – 7868
Email: rws@schimizzilaw.com