IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano, ) | Case No. 18-20434-CMB |
| Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
| Movant, ) | Related to Doc. No. 54 |
| ) | |
| -vs- ) | Motion No. WO-2 |
| ) | |
| Youngwood Eye Care, ) | |
| Respondent. ) | |

## ORDER OF COURT

AND NOW, to wit, this __29th__ day of __October__, 2019, it is hereby ORDERED and DECREED that the wage attachment issued pursuant to the Order of Court entered on August 29, 2019 directed at Youngwood Eye Care is terminated as Movant is no longer an employee of Youngwood Eye Care. Counsel for Movant shall serve a copy of this Order of Court upon Respondent and file a certificate of service within the next seven days.

BY THE COURT:

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/29/19 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20434-CMB
Anthony Robert Christofano, Jr.                                       Chapter 13
Emily Jo Christofano
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1              Date Rcvd: Oct 29, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.
db/jdb         +Anthony Robert Christofano, Jr.,    Emily Jo Christofano,    5026 Hawk View Lane,
                 Jeannette, PA 15644-4565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
      Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Richard W. Schimizzi    on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com,
       mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
      Richard W. Schimizzi    on behalf of Debtor Anthony Robert Christofano, Jr. rws@schimizzilaw.com,
       mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 7