# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| Anthony Robert Christofano, Jr. and | ) |
| Emily Jo Christofano, | ) Case No. 18-20434-CMB |
|     Debtors, | ) |
| | ) Chapter 13 |
| _____ | ) |
| | ) Document No. |
| Emily Jo Christofano, | ) |
|     Movant, | ) Related to Doc. No. 64 |
| | ) |
|     -vs- | ) Motion No. WO-2 |
| | ) |
| Irwin Eye Care, | ) |
|     Respondent. | ) |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Amended Wage Attachment filed on January 22, 2020,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on January 22, 2020:

    Irwin Eye Care
    Attn: Dr. Michelle Hanley
    511 Main Street
    Irwin, PA 15642

    Respectfully submitted:

    SCHIMIZZI LAW, LLC

Date: January 22, 2020    BY:    /s/ Richard W. Schimizzi
    Richard W. Schimizzi, Esquire
    Attorney for Debtors
    PA I.D. 32573

    Keystone Commons
    35 West Pittsburgh Street
    Greensburg, PA 15601
    Phone: (724) 838 – 9722
    Fax:   (724) 837 – 7868
    Email: rws@schimizzilaw.com