**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano, ) | Case No. 18-20434-CMB |
|     Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
|     Movant, ) | Related to Doc. No. 63 |
| ) | |
|     -vs- ) | Motion No. WO-2 |
| ) | |
| Irwin Eye Care, ) | |
|     Respondent. ) | |

**ORDER TO PAY TRUSTEE PURSUANT TO AMENDED WAGE ATTACHMENT**

       AND NOW, to wit, this __22nd__ day of __January__, 2020, upon motion of Richard W. Schimizzi, Esquire, counsel for the Debtors, and after consideration of the within Motion for Amended Wage Attachment;

       IT IS HEREBY ORDERED and DECREED that Debtor's employer, **Irwin Eye Care**, shall increase the amount deducted from Debtor's income by **$5.00**, so that the total amount deducted from Debtor's income is **$803.00 bi-weekly** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

       IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

       IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Joint Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Joint Debtor's full Social Security number on the above-named entity. Joint Debtor shall file a certificate of service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Joint Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Joint Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

BY THE COURT:

FILED
1/22/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm        dmr
Chief United States Bankruptcy Court Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony Robert Christofano, Jr.  
Emily Jo Christofano  
    Debtors

Case No. 18-20434-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jan 22, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.  
db/jdb        +Anthony Robert Christofano, Jr.,    Emily Jo Christofano,    5026 Hawk View Lane,    Jeannette, PA 15644-4565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
           James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
           Jerome B. Blank     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com  
           Jodi L. Hause     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
           jodi.hause@phelanhallinan.com, pawb@fedphe.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Richard W. Schimizzi     on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com,  
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com  
           Richard W. Schimizzi     on behalf of Debtor Anthony Robert Christofano, Jr. rws@schimizzilaw.com,  
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                      TOTAL: 7