## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANTHONY ROBERT CHRISTOFANO, JR.
EMILY JO CHRISTOFANO
          Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
          Movant
          vs.
PNC BANK NA

          Respondents

Case No. 18-20434CMB

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 5539.

Regular mortgage payments are currently being directed to the following creditor at the following address:

PNC BANK NA
3232 NEWMARK DR
MIAMISBURG,OH 45342

Movant has been requested to send payments to:
NEW REZ LLC dba SHELLPOINT

4544

The Chapter 13 Trustee's CID Records of PNC BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/20/2020.

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:      Debtor
         Original creditor
         Putative creditor
         Debtor's Counsel

DEBTOR(S):
ANTHONY ROBERT CHRISTOFANO,
JR., EMILY JO CHRISTOFANO, 5026
HAWK VIEW LANE, JEANNETTE, PA
15644

DEBTOR'S COUNSEL:
RICHARD W. SCHIMIZZI, ESQ., 35
WEST PITTSBURGH ST., REAR,
GREENSBURG, PA  15601

ORIGINAL CREDITOR:
PNC BANK NA, 3232 NEWMARK DR,
MIAMISBURG, OH  45342

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML
LAW GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106

:
NEW REZ LLC D/B/A SHELLPOINT
MORTGAGE SVCNG, C/O
SHELLPOINT MORTGAGE SVCNG, PO
BOX 10826, GREENVILLE, SC
29603-0826

NEW CREDITOR:
NEW REZ LLC dba SHELLPOINT