## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANTHONY ROBERT CHRISTOFANO, JR.    Case No. 18-20434CMB
EMILY JO CHRISTOFANO
      Debtor(s)
RONDA J. WINNECOUR,    Chapter 13
Standing Chapter 13 Trustee,
      Movant
      vs.    Document No __
PNC BANK NA

      Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 5539.

Regular mortgage payments are currently being directed to the following creditor at the following address:

PNC BANK NA
3232 NEWMARK DR
MIAMISBURG,OH 45342

Movant has been requested to send payments to:
NEW REZ LLC dba SHELLPOINT



4544

The Chapter 13 Trustee's CID Records of PNC BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/20/2020.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
ANTHONY ROBERT CHRISTOFANO, JR., EMILY JO CHRISTOFANO, 5026 HAWK VIEW LANE, JEANNETTE, PA 15644

DEBTOR'S COUNSEL:
RICHARD W. SCHIMIZZI, ESQ., 35 WEST PITTSBURGH ST., REAR, GREENSBURG, PA  15601

ORIGINAL CREDITOR:
PNC BANK NA, 3232 NEWMARK DR, MIAMISBURG, OH  45342

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

:
NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG, C/O SHELLPOINT MORTGAGE SVCNG, PO BOX 10826, GREENVILLE, SC 29603-0826

NEW CREDITOR:
NEW REZ LLC dba SHELLPOINT