2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-20434-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Anthony Robert Christofano, Jr.<br>5026 Hawk View Lane<br>Jeannette PA 15644 | Emily Jo Christofano<br>5026 Hawk View Lane<br>Jeannette PA 15644 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/19/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 | NewRez LLC dba Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC  29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/21/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony Robert Christofano, Jr.
Emily Jo Christofano
    Debtors

Case No. 18-20434-CMB
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: culy<br>Form ID: trc | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: May 19, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
14795210      +PNC Bank, N.A.,    Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:
    James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
    Jerome B. Blank    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Richard W. Schimizzi    on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com,
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
    Richard W. Schimizzi    on behalf of Debtor Anthony Robert Christofano, Jr. rws@schimizzilaw.com,
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Thomas Song    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
                                                                                                                                         TOTAL: 7