UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                                       CASE NO.: 18-20434-CMB
                                                                                                  CHAPTER 13

**ANTHONY ROBERT CHRISTOFANO,
JR. & EMILY JO CHRISTOFANO**

                                                                            /

## NOTICE OF WITHDRAWAL

    **PLEASE TAKE NOTICE THAT**, the undersigned hereby withdraws the following document; as it was filed in error:

**Proof of Claim 9-1 on behalf of Home Point Financial Corporation, filed on April 23, 2020.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on May 26th, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and have caused a true and correct copy to be served via CM/ECF or United States Mail to the following parties:

RICHARD W. SCHIMIZZI, ESQ.
SCHIMIZZI LAW LLC
35 WEST PITTSBURGH STREET
GREENSBURG, PA  15601

ANTHONY ROBERT CHRISTOFANO, JR.
5026 HAWK VIEW LANE
JEANNETTE, PA  15644

EMILY JO CHRISTOFANO
5026 HAWK VIEW LANE
JEANNETTE, PA  15644

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET

PITTSBURGH, PA  15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

        ROBERTSON, ANSCHUTZ & SCHNEID & CRANE LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road
        Duluth, GA  30097
        Telephone: 470-321-7112
        Facsimile: 561-241-1969

By: /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esquire
    Bar Number 314532
    Email: cwohlrab@rascrane.com