IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Anthony Robert Christofano, Jr. | : | Case No. 18-20434-CMB |
| Emily Jo Christofano | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Claim #9 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Home Point Financial Corporation | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
TRUSTEE'S OBJECTION TO HOME POINT FINANCIAL CORPORATION CLAIM 9
(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than June 26, 2020, (i.e., thirty (30) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify it a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A telephonic hearing will be held on July 15, 2020, at 10:00 a.m. before Judge Carlota Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intent to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www/pawb.uscourts.gov/procedures-1 at least 24 hours in advance

Date of Service: 5-27-2020

/s/ Katherine DeSimone____
Katherine DeSimone - PA I.D. #42575
Attorney for the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com