# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-20434** |
| **Anthony Robert Christofano, Jr.** | **Chapter 13** |
| **Emily Jo Christofano** | **Judge Carlota M. Bohm** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | |
| **PNC Bank, National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Anthony Robert Christofano, Jr.** | |
| **Emily Jo Christofano** | |
| | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                Respectfully submitted,

                /s/ Karina Velter
                Karina Velter, Esquire (94781)
                Adam B. Hall (323867)
                Sarah E. Barngrover (323972)
                Edward H. Cahill (0088985)
                Stephen R. Franks (0075345)
                Manley Deas Kochalski LLC
                P.O. Box 165028
                Columbus, OH  43216-5028
                Telephone: 614-220-5611
                Fax: 614-627-8181
                Attorneys for Creditor
                The case attorney for this file is Karina Velter.
                Contact email is kvelter@manleydeas.com

20-020834_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-20434** |
| **Anthony Robert Christofano, Jr.** | : **Chapter 13** |
| **Emily Jo Christofano** | : **Judge Carlota M. Bohm** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **PNC Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Anthony Robert Christofano, Jr.** | : |
| **Emily Jo Christofano** | : |
| | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 19, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Richard W. Schimizzi, Attorney for Anthony Robert Christofano, Jr. and Emily Jo Christofano, rws@schimizzilaw.com

Service by First-Class Mail:
Anthony Robert Christofano, Jr. and Emily Jo Christofano, 5026 Hawk View Lane, Jeannette, PA  15644

Anthony Robert Christofano, Jr. and Emily Jo Christofano, 5026 Hawk View Ln, Jeannette, PA  15644

EXECUTED ON: November 19, 2020

By:  /s/ Karina Velter
Signature

20-020834_PS

Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-020834_PS