# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Anthony Robert Christofano, Jr. and Emily Jo Christofano<br><br>Debtors,<br><br>PNC Bank, N.A.<br><br>Movant,<br><br>vs<br><br>Anthony Robert Christofano, Jr. and Emily Jo Christofano,<br><br>Respondents. | BK NO. 18-20434-CMB<br><br>Chapter 13<br><br>Document No. _____<br><br>Related to Claim No. 4<br><br>Related to Document No. ____<br><br>Mortgage Payment Change Effective: 2/1/2022 |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE DATED DECEMBER 16, 2021

I, Richard W. Schimizzi, Esquire, counsel for the Debtors, Anthony Robert Christofano, Jr. and Emily Jo Christofano, declare that the existing Chapter 13 Plan is sufficient to fund the Plan and provide for full payment to the mortgage lender as the Co-Debtor's wage attachment will be increased by $14.75 in order to cover the increase in the escrow payment from $260.95 to $275.70.

Date: January 14, 2022              /s/*Richard W. Schimizzi*
                                    Richard W. Schimizzi, Esquire
                                    PA I.D. 32573

                                    SCHIMIZZI LAW, LLC
                                    Keystone Commons
                                    35 West Pittsburgh Street
                                    Greensburg, PA 15601
                                    Phone: (724) 838-9722
                                    Fax:   (724) 837-7868
                                    Email: rws@schimizzilaw.com