# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Anthony Robert Christofano, Jr. and ) | |
| Emily Jo Christofano, ) | Case No. 18-20434-CMB |
|     Debtors, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| Emily Jo Christofano, ) | |
|     Movant, ) | Related to Doc. No.  88 |
| ) | |
|     -vs- ) | Motion No.  WO-2 |
| ) | |
| Irwin Eye Care, ) | |
|     Respondent. ) | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtors having filed a Chapter 13 petition and Debtors or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further Order of this Court, the Respondent from which the Joint Debtor receives income:

> IRWIN EYE CARE
> Attn: Dr. Michelle Hanley
> 511 Main Street
> Irwin, PA 15642

(1)    Shall deduct from that income the sum of **$805.00**, bi-weekly, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D.PA.
> P.O. BOX 84051
> CHICAGO, IL 60689-4002

(2)    The Joint Debtor is paid bi-weekly and the monthly plan payment is $1,743.75.

(3)   The above-named entity shall notify the Chapter 13 Trustee if the Joint Debtor'sincome is terminated and the reason therefor.

(4)   The Joint Debtor shall serve this order and a copy of the Notification of Joint Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Joint Debtor's full Social Security number on the Respondent. Joint Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5)   All remaining income of the Joint Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues, shall be paid to the Joint Debtor in accordance with usual payment procedures.

(6)   NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7)   This order supersedes previous orders made to the Respondent in this case.

(8)   The Respondent shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9)   That the Debtors shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __20__ day of January, 2022.

Carlota M. Böhm  dmr
Chief United States Bankruptcy Court Judge

FILED
1/20/22 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20434-CMB |
| Anthony Robert Christofano, Jr. | Chapter 13 |
| Emily Jo Christofano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Anthony Robert Christofano, Jr., Emily Jo Christofano, 5026 Hawk View Lane, Jeannette, PA 15644-4565

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Anthony Robert Christofano Jr. rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Richard W. Schimizzi
    on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 9