**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/02/2022

IN RE:

| | |
|---|---|
| ANTHONY ROBERT CHRISTOFANO, JR.<br>EMILY JO CHRISTOFANO<br>5026 HAWK VIEW LANE<br>JEANNETTE, PA 15644<br>XXX-XX-1710        Debtor(s)<br><br>XXX-XX-3424 | Case No.18-20434 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/2/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4100 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 2   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM:  1,596.60<br>COMMENT:  $CL1GOV@TERMS/PL*DK*3193@5%/PL*910/PL*TOTALED~PIF BY INSUR*CL $2,857 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6918 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA  17105-5057 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM:  0.00<br>COMMENT:  CL5GOVS*50/PL*25X(60+2)=LMT*BGN 3/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4370 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 8-3<br>CLAIM:  0.00<br>COMMENT:  493@PNC MTG/PL-CL*493.18X(60+2)=LMT*BGN 2/18*CL LATE*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3052 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4LMT*BGN 3/18*FR PNC*DOC 70 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4544 |
| **AMERICAN SUZUKI FINANCIAL SVC***<br>C/O NUVELL CREDIT CO LLC*<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /SCH+PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6918 |
| **OFFICE OF THE ATTORNEY GENERAL**<br>FINANCIAL ENFORCEMENT SECTION<br>15TH FLOOR, STRAWBERRY SQUARE<br>HARRISBURG, PA  17120 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0060 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5539 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*BON TON*NO AMT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  696.55<br>COMMENT:  NO AMT/SCH*SHERMAN ORIG*CREDIT ONE*CHARGE OFF 11/12/2015 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7695 |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO AMT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6254 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  1,077.52<br>COMMENT:  CAPITAL ONE*STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0048 |
| **SYNCHRONY BANK**<br>PO BOX 965005<br><br>ORLANDO, FL  32896 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO AMT/SCH*SAMS CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMENITY BANK**<br>PO BOX 182789<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO AMT/SCH*TALBOTS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:2-2<br>CLAIM:  539.71<br>COMMENT:  AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1453 |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV  89193 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COMENITY BANK**<br>PO BOX 182789<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:5 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4370 | CLAIM: 25.00<br>COMMENT: CL5GOVS*300/PL*THRU 2/18 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4544 | CLAIM: 14,683.54<br>COMMENT: CL4GOVS*8k@ PNC MTG/PL*THRU 2/18*FR PNC*DOC 70 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:8-3 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3052 | CLAIM: 3,945.44<br>COMMENT: $5K@PNC MTG/PL*THRU 1/18*CL LATE*AMD |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1330 | CLAIM: 118.29<br>COMMENT: NT/SCH*LAST TRANSACTION: 2/19/2018 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE |
| **HOME POINT FINANCIAL CORPORATION****<br>ATTN BANKRUPTCY NOTICING<br>11511 LUNA RD STE 300<br>FARMERS BRANCH, TX 75234 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6101 | CLAIM: 0.00<br>COMMENT: MISFILED CLAIM: 86771.19 W/DRAWN*DOC 73 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PNC/PRAE |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA 30076-2102 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4544 | CLAIM: 0.00<br>COMMENT: SHELLPOINT/PRAE |