**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:  13
Case No:  1820434

In re:    ANTHONY ROBERT CHRISTOFANO, JR.
          EMILY JO CHRISTOFANO

Account Number:  0048

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 6 filed on 03/30/2018 in the amount of $1,077.52 .

On this date 8/3/2022.


By:  /s/ Ciara M. Lawton
     Ciara M. Lawton
     Bankruptcy Representative
     PRA Receivables Management, LLC., as agent of
     Portfolio Recovery Associates LLC.
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@prareceivables.com