**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ANTHONY ROBERT
    CHRISTOFANO, JR.
    EMILY JO CHRISTOFANO

       Debtor(s)

  Ronda J. Winnecour

       Movant

    vs.

  PNC BANK NA

      Respondent(s)

Case No. 18-20434CMB

Chapter 13

Document No.____

INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 23
Court Claim Number - 8-3

2/14/2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ANTHONY ROBERT
    CHRISTOFANO, JR.
    EMILY JO CHRISTOFANO

|  |  |
|---|---|
|        Debtor(s) | Case No.:18-20434CMB |
|   Ronda J. Winnecour | Chapter 13 |
|        Movant | Document No.____ |
| vs. | |
|   PNC BANK NA | |
|       Respondent(s) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

ANTHONY ROBERT CHRISTOFANO, JR., EMILY JO CHRISTOFANO, 5026 HAWK VIEW LANE, JEANNETTE, PA  15644

RICHARD W SCHIMIZZI ESQ, 35 WEST PITTSBURGH ST REAR, KEYSTONE COMMONS, GREENSBURG, PA  15601

PNC BANK NA, PO BOX 94982, CLEVELAND, OH  44101

MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH  43216-5028

---

02/14/2023

                 /s/ Roberta Saunier
                 Administrative Assistant
                 Office of the Chapter 13 Trustee
                 CHAPTER 13 TRUSTEE WD PA
                 600 GRANT STREET
                 SUITE 3250 US STEEL TWR
                 PITTSBURGH, PA  15219
                 (412) 471-5566
                 cmecf@chapter13trusteewdpa.com