**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ANTHONY ROBERT CHRISTOFANO, JR.** |
| Debtor 2 (Spouse, if filing) | **EMILY JO CHRISTOFANO** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-20434CMB** |

# Form 4100N
# Notice of Final Cure Payment            10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | NEW REZ LLC D/B/A SHELLPOINT |
| **Court claim no.** (if known): | 4 |
| **Last 4 digits** of any number you use to identify the debtor's account | 4 5 4 4 |
| **Property Address:** | 5026 HAWK VIEW LN<br>JEANNETTE PA 15644-4565 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**            Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 14,683.54 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 14,683.54 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 14,683.54 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment            $    $697.62
   The next postpetition payment is due on    6 / 1 / 2023
                                              MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **ANTHONY ROBERT CHRISTOFANO, JR.** | Case number *(if known)* | **18-20434CMB** |
|---|---|---|---|
| | Name | | |

**Part 4:** **A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date: 05/01/2023

Trustee: Ronda J. Winnecour

Address:
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219

Contact phone: (412) 471-5566

Email: cmecf@chapter13trusteewdpa.com

| Debtor 1 | ANTHONY ROBERT CHRISTOFANO, JR. | | Case number *(if known)* | 18-20434CMB |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 02/25/2019 | 1110026 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 18.05 |
| 03/25/2019 | 1113311 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 219.22 |
| 04/26/2019 | 1116629 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 800.33 |
| 05/24/2019 | 1120018 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 231.44 |
| 06/25/2019 | 1123436 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 231.43 |
| 07/29/2019 | 1126873 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 241.20 |
| 08/27/2019 | 1130357 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 241.19 |
| 09/24/2019 | 1133620 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 677.31 |
| 05/26/2020 | 1160863 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 746.54 |
| 06/26/2020 | 1164015 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 757.14 |
| 07/29/2020 | 1167122 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 194.46 |
| 08/25/2020 | 1170199 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 194.46 |
| 09/28/2020 | 1173291 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 194.28 |
| 10/26/2020 | 1176385 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 211.86 |
| 11/24/2020 | 1179456 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 211.67 |
| 12/21/2020 | 1182400 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 451.35 |
| 01/25/2021 | 1185376 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 852.98 |
| 02/22/2021 | 1188502 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 259.83 |
| 03/26/2021 | 1191800 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 259.83 |
| 04/26/2021 | 1195044 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 259.83 |
| 05/25/2021 | 1198166 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 259.83 |
| 06/25/2021 | 1201350 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 852.98 |
| 07/26/2021 | 1204553 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 374.17 |
| 08/26/2021 | 1207682 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 329.62 |
| 09/24/2021 | 1210799 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 329.62 |
| 10/25/2021 | 1213872 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 317.56 |
| 11/22/2021 | 1216908 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 305.50 |
| 12/23/2021 | 1219984 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 305.51 |
| 01/26/2022 | 1223042 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 921.50 |
| 03/25/2022 | 1228880 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 249.78 |
| 04/26/2022 | 1231923 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 281.70 |
| 05/25/2022 | 1234962 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 281.70 |
| 06/27/2022 | 1237988 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 899.24 |
| 07/26/2022 | 1240931 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 281.70 |
| 08/24/2022 | 1243819 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 281.70 |
| 09/27/2022 | 1246689 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 281.70 |
| 10/25/2022 | 1249508 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 268.98 |
| 11/23/2022 | 1252298 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 256.25 |
| 12/22/2022 | 1255048 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 256.24 |
| 01/26/2023 | 1257782 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 93.86 |
| | | | | 14,683.54 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/24/2018 | 1078083 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 607.61 |
| 05/25/2018 | 1081359 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 571.13 |
| 06/22/2018 | 1084478 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 306.56 |
| 07/26/2018 | 1087724 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 640.76 |
| 08/28/2018 | 1090943 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,023.99 |
| 09/25/2018 | 1094076 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 705.16 |
| 10/29/2018 | 1097322 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,414.26 |
| 11/27/2018 | 1100442 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 785.13 |
| 12/21/2018 | 1103544 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 794.66 |
| 01/25/2019 | 1106785 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 747.21 |
| 02/25/2019 | 1110026 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 797.16 |
| 03/25/2019 | 1113311 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 04/26/2019 | 1116629 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 05/24/2019 | 1120018 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 06/25/2019 | 1123436 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 07/29/2019 | 1126873 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 08/27/2019 | 1130357 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 09/24/2019 | 1133620 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 10/24/2019 | 1136996 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 610.60 |
| 12/23/2019 | 1143846 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 810.86 |

| Debtor 1 | ANTHONY ROBERT CHRISTOFANO, JR. | Case number *(if known)* | 18-20434CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 01/28/2020 | 1147307 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 762.36 |
| 02/14/2020 | | PNC BANK NA | CONTINUING DEBT REFUND | -762.36 |
| 05/26/2020 | 1160863 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 3,814.86 |
| 06/26/2020 | 1164015 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 07/29/2020 | 1167122 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 08/25/2020 | 1170199 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 09/28/2020 | 1173291 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 10/26/2020 | 1176385 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 11/24/2020 | 1179456 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 12/21/2020 | 1182400 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 01/25/2021 | 1185376 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 02/22/2021 | 1188502 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 03/26/2021 | 1191800 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 04/26/2021 | 1195044 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 05/25/2021 | 1198166 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 06/25/2021 | 1201350 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 07/26/2021 | 1204553 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 08/26/2021 | 1207682 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 09/24/2021 | 1210799 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 10/25/2021 | 1213872 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 11/22/2021 | 1216908 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 12/23/2021 | 1219984 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 01/26/2022 | 1223042 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 02/23/2022 | 1225920 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,056.83 |
| 03/25/2022 | 1228880 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 713.38 |
| 04/26/2022 | 1231923 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 05/25/2022 | 1234962 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 06/27/2022 | 1237988 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 07/26/2022 | 1240931 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 08/24/2022 | 1243819 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 09/27/2022 | 1246689 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 10/25/2022 | 1249508 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 11/23/2022 | 1252298 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 12/22/2022 | 1255048 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 01/26/2023 | 1257782 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 688.57 |
| 02/23/2023 | 1260387 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 885.74 |
| 03/28/2023 | 1263164 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 536.65 |
| 04/25/2023 | 1265979 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 697.62 |
| | | | | 42,078.45 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ANTHONY ROBERT CHRISTOFANO, JR.
EMILY JO CHRISTOFANO
5026 HAWK VIEW LANE
JEANNETTE, PA  15644

RICHARD W SCHIMIZZI ESQ
35 WEST PITTSBURGH ST REAR
KEYSTONE COMMONS
GREENSBURG, PA  15601

NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG
C/O SHELLPOINT MORTGAGE SVCNG
PO BOX 10826
GREENVILLE, SC  29603-0826

MCCALLA RAYMER  ET AL
NATL BANKRUPTCY DEPT**
1544 OLD ALABAMA RD**
ROSWELL, GA  30076-2102


5/1/23                                                          /s/ Roberta Saunier
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee