Certificate Number: 05781-PAW-DE-037438487

Bankruptcy Case Number: 18-20434



05781-PAW-DE-037438487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2023, at 4:36 o'clock PM PDT, Anthony Christofano completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 17, 2023         By:    /s/Allison M Geving

                            Name:  Allison M Geving

                            Title: President