Certificate Number: 05781-PAW-DE-037438488

Bankruptcy Case Number: 18-20434



05781-PAW-DE-037438488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2023, at 4:36 o'clock PM PDT, Emily Christofano completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 17, 2023             By:   /s/Allison M Geving

                                 Name: Allison M Geving

                                 Title: President