IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>ANTHONY ROBERT CHRISTOFANO, JR.<br>and EMILY JO CHRISTOFANO,<br>      Debtors | : <br> : <br> : <br> : | Bankruptcy No. 18-20434-CMB |
| ANTHONY ROBERT CHRISTOFANO, JR.<br>and EMILY JO CHRISTOFANO,<br>      Movants<br>  v.<br>NO RESPONDENTS. | : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 13 |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for discharge.

4. On May 18, 2023, at Docket No. 107, Debtor, Anthony Robert Christofano, Jr., and at Docket No. 108, Debtor Emily Jo Christofano complied with the Federal Rule of Bankruptcy Procedure 1007(c) by each filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with each *Certificate of Completion* attached to the form.

  This Certification is being signed under penalty of perjury by Richard W. Schimizzi, Esquire. Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 23, 2023        By: /s/ Richard W. Schimizzi, Esquire

                   Richard W. Schimizzi, Esquire
                   SCHIMIZZI LAW, LLC
                   Keystone Commons
                   35 West Pittsburgh Street
                   Greensburg, PA  15601
                   rws@schimizzilaw.com
                   724-838-9722
                   PA ID:  32573

Certificate Number: 05781-PAW-DE-037438487

Bankruptcy Case Number: 18-20434



05781-PAW-DE-037438487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 17, 2023</u>, at <u>4:36</u> o'clock <u>PM PDT</u>, <u>Anthony Christofano</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>May 17, 2023</u>           By:      <u>/s/Allison M Geving</u>

                                    Name:   <u>Allison M Geving</u>

                                    Title:   <u>President</u>

Certificate Number: 05781-PAW-DE-037438488

Bankruptcy Case Number: 18-20434



05781-PAW-DE-037438488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 17, 2023</u>, at <u>4:36</u> o'clock <u>PM PDT</u>, <u>Emily Christofano</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>May 17, 2023</u>            By:     <u>/s/Allison M Geving</u>

                                      Name:   <u>Allison M Geving</u>

                                      Title:  <u>President</u>