**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Anthony Robert Christofano Jr.**
**Emily Jo Christofano**
 Debtor(s)

Bankruptcy Case No.: 18−20434−CMB

Chapter: 13
Docket No.: 113 − 112

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

 **AND NOW,** this The 27th of June, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/11/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/14/23 at 02:30 PM in https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

 **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

 In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/11/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20434-CMB |
| Anthony Robert Christofano, Jr. | Chapter 13 |
| Emily Jo Christofano | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Robert Christofano, Jr., Emily Jo Christofano, 5026 Hawk View Lane, Jeannette, PA 15644-4565 |
| 14769719 | | 12 Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14769729 | + | Office of Attorney General, Strawberry Square, 14th Floor, Harrisburg, PA 17120-0001 |
| 14769731 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14769732 | | PNC Mortgage, PO Box 8807, Dayton, OH 45401-8807 |
| 14769734 | | Rebecca A. Solarz, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15600232 | | US Bank Trust National Association, et al., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2023 01:19:22 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: blegal@phfa.org | Jun 28 2023 00:53:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14772995 | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14769720 | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14769721 | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | American Suzuki Financial Services, PO Box 380901, Bloomington, MN 55438-0901 |
| 14769722 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Bon Ton - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14769723 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:00 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14769724 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenity - Bon Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 14769725 | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:07:13 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14769726 | Email/Text: mrdiscen@discover.com | Jun 28 2023 00:51:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 15233475 | Email/Text: bankruptcy@homepointfinancial.com | Jun 28 2023 00:51:00 | Home Point Financial Corporation, Attn: Cashiering, 11511 Luna Rd., Suite 200, Farmers Branch, TX 75234 |
| 15329202 | Email/Text: BankruptcyECFMail@mccalla.com | Jun 28 2023 00:52:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14786140 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14769727 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14769728 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15243297 | | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2023 00:52:00 | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14798690 | | Email/Text: blegal@phfa.org | Jun 28 2023 00:53:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14769730 | | Email/Text: blegal@phfa.org | Jun 28 2023 00:53:00 | PHFA, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14795210 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14875860 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14769733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:19:13 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14802158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:19:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770346 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14769735 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:46:46 | Synchrony Bank - Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14769736 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Talbots - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14806867 | | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:07:03 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14769737 | | Email/Text: bankruptcy@firstenergycorp.com | Jun 28 2023 00:53:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14784562 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 28 2023 00:53:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Point Financial Corporation |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | * | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com cwohlrab@ecf.courtdrive.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Anthony Robert Christofano Jr. rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com |

TOTAL: 11