| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Anthony Robert Christofano Jr._____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1710<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | Emily Jo Christofano_____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3424<br>EIN    __–_____ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    18–20434–CMB | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Robert Christofano Jr.        Emily Jo Christofano

<u>8/14/23</u>                    **By the court:** <u>Carlota M Bohm</u>
                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony Robert Christofano, Jr.  
Emily Jo Christofano  
    Debtors

Case No. 18-20434-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Aug 14, 2023      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Robert Christofano, Jr., Emily Jo Christofano, 5026 Hawk View Lane, Jeannette, PA 15644-4565 |
| 14769719 | | 12 Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14769729 | ++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001 address filed with court:, Office of Attorney General, Strawberry Square, 14th Floor, Harrisburg, PA 17120 |
| 14769731 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14769732 | | PNC Mortgage, PO Box 8807, Dayton, OH 45401-8807 |
| 14769734 | | Rebecca A. Solarz, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15600232 | | US Bank Trust National Association, et al., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 15 2023 03:27:00 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Aug 14 2023 23:46:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14772995 | | EDI: GMACFS.COM | Aug 15 2023 03:27:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14769720 | | EDI: GMACFS.COM | Aug 15 2023 03:27:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14769721 | | EDI: GMACFS.COM | Aug 15 2023 03:27:00 | American Suzuki Financial Services, PO Box 380901, Bloomington, MN 55438-0901 |
| 14769722 | | EDI: WFNNB.COM | Aug 15 2023 03:27:00 | Bon Ton - Comenity Bank, PO Box 182789, |

Case 18-20434-CMB    Doc 118    Filed 08/16/23    Entered 08/17/23 00:29:20    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 37 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14769723 | | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14769724 | | EDI: WFNNB.COM | Aug 15 2023 03:27:00 | Comenity - Bon Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 14769725 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2023 23:39:10 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14769726 | | EDI: DISCOVER.COM | Aug 15 2023 03:27:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 15233475 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 14 2023 23:44:00 | Home Point Financial Corporation, Attn: Cashiering, 11511 Luna Rd., Suite 200, Farmers Branch, TX 75234 |
| 15329202 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 14 2023 23:45:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14786140 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14769727 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:45:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14769728 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:45:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15243297 | | Email/Text: mtgbk@shellpointmtg.com | Aug 14 2023 23:44:00 | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14798690 | | Email/Text: blegal@phfa.org | Aug 14 2023 23:46:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14769729 | | Email/Text: fesbank@attorneygeneral.gov | Aug 14 2023 23:45:00 | Office of Attorney General, Strawberry Square, 14th Floor, Harrisburg, PA 17120 |
| 14769730 | | Email/Text: blegal@phfa.org | Aug 14 2023 23:46:00 | PHFA, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14795210 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14875860 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14769733 | | EDI: PRA.COM | Aug 15 2023 03:27:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14802158 | | EDI: PRA.COM | Aug 15 2023 03:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770346 | + | EDI: RECOVERYCORP.COM | Aug 15 2023 03:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14769735 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Synchrony Bank - Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14769736 | | EDI: WFNNB.COM | Aug 15 2023 03:27:00 | Talbots - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14806867 | | EDI: AIS.COM | Aug 15 2023 03:27:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14769737 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14784562 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 33

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 37 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Point Financial Corporation |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | * | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Anthony Robert Christofano Jr. rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 37 |

Thomas Song
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 11