IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANTHONY ROBERT CHRISTOFANO, JR.
EMILY JO CHRISTOFANO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20434

Chapter 13

Document No.: 112

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_14th\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/14/23 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony Robert Christofano, Jr.  
Emily Jo Christofano  
    Debtors

Case No. 18-20434-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Robert Christofano, Jr., Emily Jo Christofano, 5026 Hawk View Lane, Jeannette, PA 15644-4565 |
| 14769719 | | 12 Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14769729 | ++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001 address filed with court:, Office of Attorney General, Strawberry Square, 14th Floor, Harrisburg, PA 17120 |
| 14769731 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14769732 | | PNC Mortgage, PO Box 8807, Dayton, OH 45401-8807 |
| 14769734 | | Rebecca A. Solarz, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15600232 | | US Bank Trust National Association, et al., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2023 23:39:29 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Aug 14 2023 23:46:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14772995 | | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14769720 | | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:44:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14769721 | | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:44:00 | American Suzuki Financial Services, PO Box 380901, Bloomington, MN 55438-0901 |
| 14769722 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 14 2023 23:45:00 | Bon Ton - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14769723 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:39:28 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14769724 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 14 2023 23:45:00 | Comenity - Bon Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 14769725 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2023 23:39:11 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14769726 | | Email/Text: mrdiscen@discover.com | Aug 14 2023 23:44:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 15233475 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 14 2023 23:44:00 | Home Point Financial Corporation, Attn: Cashiering, 11511 Luna Rd., Suite 200, Farmers Branch, TX 75234 |
| 15329202 | | Email/Text: BankruptcyECFMail@mccalla.com | | |

Case 18-20434-CMB    Doc 119    Filed 08/16/23    Entered 08/17/23 00:29:20    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 14 2023 23:45:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14786140 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14769727 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:45:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14769728 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:45:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15243297 | | Email/Text: mtgbk@shellpointmtg.com | Aug 14 2023 23:44:00 | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14798690 | | Email/Text: blegal@phfa.org | Aug 14 2023 23:46:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14769729 | | Email/Text: fesbank@attorneygeneral.gov | Aug 14 2023 23:45:00 | Office of Attorney General, Strawberry Square, 14th Floor, Harrisburg, PA 17120 |
| 14769730 | | Email/Text: blegal@phfa.org | Aug 14 2023 23:46:00 | PHFA, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14795210 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14875860 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14769733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2023 23:51:06 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14802158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2023 23:40:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770346 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 14 2023 23:39:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14769735 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:40:23 | Synchrony Bank - Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14769736 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 14 2023 23:45:00 | Talbots - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14806867 | | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2023 23:40:26 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14769737 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14784562 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Point Financial Corporation |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | * | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023                   Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Anthony Robert Christofano Jr. rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Joint Debtor Emily Jo Christofano rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com |

TOTAL: 11